# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRYAN RIVERA, aka BRYAN LEFEY,

    Defendant.

**Case No.** MJ08-5151 JKA

ORDER DENYING MOTION FOR RECONSIDERATION

This matter comes before the court on defendant's motion for reconsideration of the court's order detaining defendant until his appearance before the United States District Court in the Western District of Wisconsin.

Local Criminal Rule CrR 12(c)(11) provides as follows:

> (A) Standards. Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention with reasonable diligence.
> . . . . . . . .
> C) Response. No response to a motion for reconsideration shall be filed unless requested by the court . . . . . . . .

This court has reviewed the materials submitted in support of the motion for reconsideration as well as the transcript of the hearing resulting in defendant's detention.

**<u>Defendant's motion for reconsideration is denied.</u>**

Dated this 4th day of August 2008.

          */s/ J. Kelley Arnold*
          J. Kelley Arnold
          U.S. Magistrate Judge

Order - 1